# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| United States of America, | ) Case No.: 2:14-cr- |
| Plaintiff, | ) ORDER FOR ISSUANCE OF<br>) WRIT OF HABEUS CORPUS<br>) AD PROSEDUENDUM FOR |
| vs. | ) CHACE DEAN SANDERS<br>) (ID#) 1856295 |
| CHACE DEAN SANDERS, | ) |
| Defendant. | ) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **CHACE DEAN SANDERS** before the United States District Court at Las Vegas, Nevada, on or about _____ the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

*(handwritten: I/A & A/P Thurs 1/30/14  3:00 PM GWF 3A)*

DATED: January 22, 2014

_____
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | DANIEL G. BOGDEN |
| | United States Attorney |
| 2 | District of Nevada |
| | PHILLIP N. SMITH, JR. |
| 3 | Assistant United States Attorney |
| | 333 Las Vegas Boulevard South |
| | Suite 5000 |
| 4 | Las Vegas, Nevada 89101 |
| | 702-388-6336 |
| 5 | |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| United States of America, | ) Case No.: 2:14-cr- 34 |
|---|---|
| Plaintiff, | ) PETITION FOR WRIT OF HABEUS |
| | ) CORPUS AD PROSEDUENDUM FOR |
| vs. | ) CHACE DEAN SANDERS |
| | ) (ID#) 1856295 |
| CHACE DEAN SANDERS, | ) |
| Defendant. | ) |

The petition of the United States Attorney for the District of Nevada respectfully shows that **CHACE DEAN SANDERS**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **CHACE DEAN SANDERS** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **CHACE DEAN SANDERS** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on   I/A & A/P Thurs 1/30/14   3:00 PM GWF 3A   hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **CHACE DEAN SANDERS** before the United States District Court on or about   I/A & A/P Thurs 1/30/14   3:00 PM GWF 3A   )ur of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **CHACE DEAN SANDERS** before the United States District Court on or about [I/A & A/P Thurs 1/30/14 3:00 PM GWF 3A] our of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 22nd day of January, 2014.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Phillip N. Smith*
PHILLIP N. SMITH, JR.
Assistant United States Attorney

2